# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

BRITTANIE SQUARE

VERSUS

TERRANCE PAYNES

NO. 2022 CW 0385

JULY 18, 2022

---

In Re:  Brittanie Square, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 228294.

---

**BEFORE:  HOLDRIDGE, PENZATO, AND LANIER, JJ.**

**WRIT GRANTED WITH ORDER.** The family court's March 8, 2022 order denying the motion to proceed in forma pauperis filed by Brittanie Square is vacated. It appears that mover, Brittanie Square, and her counsel did not receive any notice of the hearing on the motion held on March 8, 2022. Furthermore, the family court failed to give written reasons explaining why the presumption that the mover is entitled to proceed in forma pauperis was rebutted. See La. Code Civ. P. art. 5183(B)(2). This matter is remanded to the family court for further proceedings.

**GH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT